IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**D'Nanakai Carrigan-Terrell,**

        **Plaintiff**                         **Civil Action 2:12-cv-00215**

     v.                                 **Judge Gregory L. Frost**

**Gary Mohr,** *et al.*,                 **Magistrate Judge Abel**

        **Defendants**

### ORDER

Plaintiff D'Nanakai Carrigan-Terrell, a state prisoner at the Ohio Reformatory for Women at the time of the events alleged in the complaint, brings this action alleging that defendants violated her constitutional rights by falsely charging her and convicting her of assault, placing her in disciplinary control and segregation, denying her medical treatment and forcing her to take medication. Plaintiff has not filed any objections to Magistrate Judge Abel's March 20, 2012 Report and Recommendation recommending that defendants Gary Mohr, Dr. Welch, Elizabeth Wright, and Capt. Putt be dismissed from this lawsuit.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. Defendants Gary Mohr, Dr. Welch, Elizabeth Wright, and Capt. Putt are **DISMISSED** from this lawsuit. The lawsuit will continue against defendants Warden Jennie Trim, Dr. Nalluri, Dr. Tench, Dr. Tana, Mr. Nicastro, Nurse Maldinado, and Nurse Riter as to plaintiff's claim that

they denied her due process of law by forcing her to take psychotropic medication.

    **IT IS SO ORDERED.**

                                                          /s/ Gregory L. Frost  
                                                          Gregory L. Frost  
                                                          United States District Judge